# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW LYNN WALTERS, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No. 4:14-CV-1212 CAS |
| IAN WALLACE, | ) ) | |
| Respondent. | ) ) | |

## ORDER

This matter is before the Court on state prisoner Andrew Lynn Walters's action pursuant to 28 U.S.C. § 2254. This case was referred to United States Magistrate Judge Abbie Crites-Leoni, for report and recommendation on all dispositive matters and for final disposition on all non-dispositive matters, pursuant to 28 U.S.C. § 636(b).

On July 6, 2017, Judge Crites-Leoni filed a Report and Recommendation of United States Magistrate Judge, which recommended that Walters's petition for writ of habeas corpus be denied. No objections were filed to the Magistrate Judge's Report and Recommendation within the time permitted.

After careful review of the record, the Court concurs in the recommendation of the Magistrate Judge.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge is **sustained**, **adopted** and **incorporated** herein. [Doc. 17]

**IT IS FURTHER ORDERED** that Andrew Lynn Walters's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 is **DENIED**. [Doc. 1]

**IT IS FURTHER ORDERED** that this matter is **DISMISSED**, with no further action to take place herein.

An appropriate judgment will accompany this order.

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this  1st   day of August, 2017.